IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TANZA NELSON                                                                                          PLAINTIFF

v.                                    Case No. 4:15-cv-00605 KGB

JIMMY BANKS, in his official capacity
as Warden of the Varner Unit and in his
individual capacity, and the
ARKANSAS DEPARTMENT OF CORRECTION                                          DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered in this matter on this date, the Court grants defendants' motion for summary judgment (Dkt. No. 46). Plaintiff Tanza Nelson's claims are dismissed with prejudice.

So adjudged this 30th day of August, 2018.

_____
Kristine G. Baker
United States District Judge